UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN STUDER individually and on behalf of all others similarly situated, </br></br>Plaintiff, </br></br>v. </br></br>ALLTRAN FINANCIAL, LP and LVNV FUNDING, LLC </br></br>Defendants. | No. 1:18-cv-00962-MJD-JRS |

**ORDER OF DISMISSAL**

The Court hereby acknowledges Plaintiff's Notice of Voluntary Dismissal [Dkt. 42] and orders that Plaintiff's claims are dismissed, without prejudice, Plaintiff's claims against Defendants, with all parties to bear their own costs. The Clerk is directed to close this matter.

SO ORDERED.

Dated: 17 JAN 2019

_____
Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.